Before STATE INDUSTRIAL BOARD, Respondent. GEORGE LEWKOWITZ, Respondent, v. PINCUS COHEN, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. G. F. LA VALLEY, Respondent, v. COVERT GEAR COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

BENEDICT LONG, Appellant, v. MARTIN LOWMAN and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements, with privilege to plaintiff to plead over and serve an amended complaint within twenty days from the service of a copy of the order of this court with notice of entry.

Before STATE INDUSTRIAL BOARD, Respondent. GUISEPPE LETIZIO, Respondent, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN RAPID TRANSIT COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARY MACHEIA, Respondent, v. UNITED HOTEL CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. BELLA MARCUS, Respondent, v. MEIER D. MEYER and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

In the Matter of ARTHUR B. LANPHIER, an Attorney.— Report of the official referee confirmed, and proceeding dismissed. All concur.

In the Matter of the Petition of CALEB W. MITCHELL, Petitioner, for a Certiorari Order to Be Directed to ARTHUR J. LEONARD, as Commissioner of Public Safety of the City of Saratoga Springs, N. Y., Respondent.— Determination confirmed, without costs. All concur, except McCann, J., dissenting.

In the Matter of the Final Judicial Settlement of Account of Proceedings of THE NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, N. Y., and Another, as Executors, etc., of FRANCIS A. HARRINGTON, Deceased.— Decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the estate.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK MAZZALFA, Respondent, v. OVERSEAS SHIPPING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS MASSOTTI, Respondent, v. NEWBURGH SHIPYARDS, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

LEVI J. NEWMAN, as Receiver of HORACE SUTPHEN, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution, v. CHARLES SUTPHEN, Appellant.— Judgment reversed on the law and complaint dismissed, with costs, on the ground that the plaintiff has pursued the wrong remedy. All concur.